

## ORDER

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

action where, plaintiff, Karen Ryan, sought compensation for personal injuries arising from an automobile collision. Ryan appeals. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

**Karen RYAN, Plaintiff/Appellant,**

v.

**Lettie THURMAN,
Defendant/Respondent.**

No. 70884.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 3, 1997.

**STATE of Missouri, Respondent,**

v.

**Hasan ALLISON, Appellant.**

No. 70487.

Missouri Court of Appeals,
Eastern District,
Division One.

June 3, 1997.

Cynthia M. Hennessey, Robert H. Pedroli, Robert H. Pedroli & Associates, Clayton, for plaintiff/appellant.

Denis C. Burns, John B. Singleton, Godfrey, Vandover & Burns, St. Louis, for defendant/respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

This is an appeal from a judgment entered in favor of defendant, Lettie Thurman in an

Judith LaRose, Public Defender, Columbia, for appellant.

John Munson Morris, III, Kurt U. Schaefer, Attorneys General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Appellant, Hasan Allison, appeals the judgment of conviction entered by the Circuit Court of the County of St. Louis after a jury found him guilty of one count of first degree